GEORGE W. STEIFF, APPELLANT, VS. MARY B. BANKS, BY HER NEXT FRIEND T. PICTON BAUMGARTEN, ROBERT T. BANKS, HER HUSBAND, AND JACOB S. LEWIS, APPELLEES.

Appeal from Circuit Court Orange county.

*Arthur F. Odlin*, for Appellant.

*Massey & Baumgarten*, for Appellees.

The bill in this case was brought by the appellees against the appellant. There was decree for the complainants and the defendant appeals.

Appeal dismissed because no properly certified transcript of the record has been filed.